FILED
JUN 12 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAC DEPUTY

ADAM GORDON
United States Attorney
BLANCA QUINTERO
Assistant United States Attorney
CA Bar No. 196889
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7118
Email: blanca.quintero2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>BLANCA CARDENAS ET AL.,<br>Defendant. | Case No. 26-CR-2236-AGS<br>NOTICE OF APPEARANCE<br>SEALED<br>s/ MF<br>**ORDERED UNSEALED on 06/12/2026 s/ MariaFujit** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please feel free to call me if you have any questions about this notice.

DATED: June 12, 2026.

ADAM GORDON
United States Attorney

*s/ Blanca Quintero*
BLANCA QUINTERO
Assistant U.S. Attorney