**CINDY V. MURO**
California State Bar No. 335391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Cindy_Muro@fd.org

Attorneys for Defendant
Blanca Cardenas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BLANCA CARDENAS,<br>Defendant. | CASE NO.: 26CR2236-AGS<br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Cindy Muro, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: June 15, 2026

*s/ Cindy V. Muro*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Blanca Cardenas
Email: Cindy_Muro@fd.org