9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
VS. ) Case No. 26CR2236-AGS
)
)
Blanca Cardenas )

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or its agents to question me, or to contact me, seeking my waiver of any rights, unless my counsel is present.

Dated: 6/15/2026

x [signature]
Defendant

Rachel Eaton
Witnessed By:

## EXIJO Y HAGO VALER MIS DERECHOS BAJO LAS ENMIENDAS QUINTA Y SEXTA DE LA CONSTITUCIÓN DE LOS ESTADOS UNIDOS

Al firmar este documento, yo, el acusado aquí nombrado, amparado bajo los derechos de las enmiendas quinta y sexta de la Constitución de los Estados Unidos, hago valer mis derechos y quiero permanecer en silencio y que un abogado defensor esté presente en todo y cada uno de mis encuentros o comunicaciones con las autoridades; tales como fiscales, agentes del orden público, policía o cualquier otro que actúe en nombre de dichas autoridades. No quiero renunciar, ni renunciaré a ninguno de mis derechos constitucionales sin que se encuentre presente un abogado defensor. No quiero que las autoridades ni sus representantes me hagan preguntas o se comuniquen conmigo, ni que me pidan que renuncie a mis derechos constitucionales. Si quieren hacerme preguntas o comunicarse conmigo, quiero que mi abogado defensor esté presente.

Fecha: ____________________

[signature]
Firma del acusado

Testigo