534182-326

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

~~SEALED~~

FILED
JUN 17 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

V.

Raquel Pasillas aka Raquel Cardenas (2)

**CASE UNSEALED PER ORDER OF COURT**
06/12/2026 mt

**WARRANT FOR ARREST**

**Case Number:** 26-cr-2236-AGS-2

~~**NOT FOR PUBLIC VIEW**~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Raquel Pasillas aka Raquel Cardenas (2)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1349 - Conspiracy to Commit Health Care Fraud
18:1347 - Health Care Fraud
18:2 - Aiding and Abetting
18:982(a)(7), 982(b) - Criminal Forfeiture

DATE: 6/12/2026
ARRESTED BY: FBI
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: D. Price

RECEIVED
U.S. MARSHALS-S/CA
2026 JUN 11 PM 3:39

In violation of Title See Above United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ D. English
Signature of Deputy

6/11/2026, San Diego, CA
Date and Location

Bail fixed at $ ______ by The Honorable Brian J. White
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

anh