# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER 26-cr-02236-AGS |
| vs | **ABSTRACT OF ORDER** |
| Raquel Pasillas | Booking No. 53482506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/18/2026

the Court entered the following order:

X Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release.

X Defendant released on $15,000 PS Bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond ) ( ___ bond on appeal ) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case dismissed.

___ Case dismissed, charges pending in case no.

___ Defendant to be release to Pretrial Services for electronic monitoring.

___ Other.

DANIEL E. BUTCHER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by D. Juarez (619) 557-3576

Crim-9 (Rev. 09/23)

Original

**Natalie Buron**

| | |
|---|---|
| **From:** | Garcia, Melissa (USMS) on behalf of CAS Releases |
| **Sent:** | Thursday, June 18, 2026 11:16 AM |
| **To:** | Natalie Buron |
| **Subject:** | Read: 26-cr-02236-AGS USA v. Pasillas_Abstract |
| **Attachments:** | Read: 26-cr-02236-AGS USA v. Pasillas_Abstract |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.