35492-510

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

~~SEALED~~

FILED
JUN 22 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

V.

Blanca Cardenas aka Blanca Cardenes, Blanca Cesena, Blanca Lopez, Blanca E. Cardenas, Blanca Estela Cesena Vargas, Blanca Estela Cesena, Blanca Estela Lopez

CASE UNSEALED PER ORDER OF COURT
06/15/2026 mf

## WARRANT FOR ARREST

**Case Number:** 26-cr-2236-AGS-1

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Blanca Cardenas aka Blanca Cardenas aka Blanca Cardenes, Blanca Cesena, Blanca Lopez, Blanca E. Cardenas, Blanca Estela Cesena Vargas, Blanca Estela Cesena, Blanca Estela Lopez (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):

18:1349 - Conspiracy to Commit Health Care Fraud
18:1347 - Health Care Fraud
18:2 - Aiding and Abetting
18:982(a)(7), 982(b) - Criminal Forfeiture

DATE: 6/16/2026
ARRESTED BY: FBI

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: D. Price

RECEIVED
U.S. MARSHALS-S/CA
2026 JUN 11 PM 3:40

In violation of Title See Above United States Code, Section(s) ________

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ D. English | 6/11/2026, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ________ by The Honorable Brian J. White
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

anh