| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER**<br>**Please use one form per case**<br>*Please read instructions on next page* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| **1a.** CONTACT PERSON FOR THIS ORDER | **2a.** CONTACT PHONE NUMBER | **3a.** CONTACT EMAIL ADDRESS |
|---|---|---|
| Gabriela Moreno Tapia | (619) 234-8467 | gabriela_moreno_tapia@fd.org |
| **1b.** ATTORNEY NAME (if different) | **2b.** ATTORNEY PHONE NUMBER | **3b.** ATTORNEY EMAIL ADDRESS |
| Cindy V. Muro | (619) 234-8467 | Cindy_Muro@fd.org |

| **4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | **5.** CASE NAME | **6.** CASE NUMBER |
|---|---|---|
| FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 Broadway, Suite 900<br>San Diego, California 92101-5030 | USA v. Cardenas | 26-CR-2236-AGS |

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| **a.** HEARING(S) (OR PORTIONS OF HEARINGS) | | | | **b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* | | | | | | **c.** DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($31) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
| 6/18/2026 | SBC | DETN | See Below | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

CD# 6/18/2026 SBC 26 10:16-10:40

| ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>9. SIGNATURE<br>/s/ Cindy V. Muro | 10. DATE<br>7/13/2026 |
|---|---|

**Federal Defenders of San Diego, Inc.**

# PURCHASE ORDER

**TO:** Noemy Martinez, Coordinator
U.S. District Court

Tel. # ( )

**Purchase Order #26-T-194-CVM**
**Prepared by: AXM**
**Date: 07/13/2026**

**Send to:** **Cindy_Muro@fd.org**, **Attorney and** **Gabriela_MorenoTapia@fd.org**, **Assistant Paralegal**

Case Name: ***U.S. v. Blanca Cardenas*** Case No.: 26CR2236-AGS

Proceedings in which transcript to be used*: (see attached)

☐ ORIGINAL ☐ COPY ☐ 14-DAY ☒ EXPEDITED ☐ 3-DAY ☐ DAILY ☐ HOURLY

| Item No. | Proceeding[s] Requested<br>Trial transcripts must be specified by portion, i.e., opening, closing, jury instructions, etc. | Date[s] | Reporter | Judge |
|---|---|---|---|---|
| **1.** | **Detention Hearing, Dkt 20** | **06/18/26** | **CD# 6/18/2026 SBC 26 10:16-10:40** | **SBC** |

**Purchased by: Federal Defenders of San Diego, Inc. 225 Broadway Suite 900, San Diego, CA 92101-5030 – (619) 234-8467**

**Attach Attorney Memo for non-Appeal, Hourly, Daily, 14-day or Expedited Transcripts*

Requested by: /s/ Cindy V. Muro Date: 7/13/2026
Cindy V. Muro, Trial/Appellate Attorney

Approved by: [signature] Date: 7/13/2026
KASHA K. CASTILLO, Executive Director

Transcript request was mailed/delivered to court reporter on: 7/13/2026
*(Please circle delivery type. If e-mailed, please attach copy of email request.)*

| Billing Info. | No. of Pages | Rate per Page | Total Cost |
|---|---|---|---|
| ORIGINAL | | | |
| COPY | | | |

---

**For FDSDI staff use only:**

I certify that the transcript was received.

By: ____________________ Date: ____________________