GERARD J. WASSON
California Bar No. 166636
555 West Beech Street, Suite 508
San Diego, California 92101
Telephone: (619) 232-0181
gerard.wasson@sbcglobal.net

Attorney for Raquel Pasillas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAQUEL PASILLAS (02), Defendant. | Criminal No. 26CR2236-02-AGS<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, Raquel Pasillas, hereby acknowledge that my next court date to appear, for a motion hearing before the Honorable Andrew G. Schopler, in the United States District Court for the Southern District of California, is on August 28, 2026, at 2:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/22/2026

[signature]
Raquel Pasillas
Defendant