GERARD J. WASSON
California Bar No. 166636
555 West Beech Street, Suite 508
San Diego, California 92101
Telephone: (619) 232-0181
gerard.wasson@sbcglobal.net

Attorney for Defendant Raquel Pasillas

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE BRIAN J. WHITE)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAQUEL PASILLAS (2),<br>Defendant. | Criminal No. 26CR2236-02-AGS<br><br>**UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS ALLOWING TEMPORARY TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA** |

IT IS REQUESTED BY THE DEFENDANT, Raquel Pasillas, through counsel Gerard Wasson, without opposition by Plaintiff, United States of America, through Assistant U. S. Attorney Blanca Quintero, that Ms. Pasillas' release conditions be modified allowing temporary travel to the Central District of California; specifically, to travel on October 8, 2026, to Barstow, California (San Bernardino County) to attend her brother-in-law's wedding, returning to San Diego County the same day.

On June 18, 2026, the Court set a $15,000 personal appearance bond secured by the signature of one financially responsible related adult [Doc. # 22]. Bond was posted, and Ms. Pasillas was released the same day [Docs. ## 23 & 24]. Ms. Pasillas' husband, Adam Pasillas, is the surety. Ms. Pasillas has been fully complaint with all conditions of pretrial release.

Ms. Pasillas' proposed itinerary is as follows. She will leave San Diego at approximately 10:00 a.m., and returning to San Diego between 10:00 - 11:00 p.m. that same night. She will be traveling by car with her husband and surety. The celebration will

be held at her brother-in-law's home, located at 27745 Panamint Rd, Barstow, CA. 92311.

U.S. Pretrial Services and Plaintiff, United States of America have no objection this request. Upon notification of this request, U.S. Pretrial Services Officer Jojemary Rojo replied: *"Pretrial Services would have no opposition to a motion for her travel to be expanded to the Central District of California in order for her to attend her brother-in-law's wedding in Barstow (San Bernardino County) on October 8, 2026, returning to San Diego County the same day.*" Likewise, Assistant U.S. Attorney Blanca Quintero replied: "No objection from the government under the conditions laid out by U.S. Pretrial Services."

Accordingly, Ms. Pasillas moves this Court for order modifying her release conditions allowing the above temporary travel to Barstow, California with prior approval from U.S. Pretrial Services. All other terms and conditions of pretrial release are to remain in effect.

Respectfully submitted,

Dated: September 30, 2026

/s/ *Gerard J. Wasson*
GERARD J. WASSON
Attorney for Raquel Pasillas (2)