UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAQUEL PASILLAS (2),<br>Defendant. | CASE NO.: 26CR2236-02-AGS<br><br>**ORDER MODIFYING PRETRIAL RELEASE CONDITIONS ALLOWING TEMPORARY TRAVEL TO CENTRAL DISTRICT OF CALIFORNIA** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions for defendant Raquel Pasillas be modified allowing temporary travel to the Central District of California; specifically, to travel on October 8, 2026, to Barstow, California (San Bernardino County) to attend her brother-in-law's wedding, returning to San Diego County the same day, with prior approval from U.S. Pretrial Service.

All other terms and conditions of release are to remain the same.

SO ORDERED.

Dated: 10/1/2026

HON. BRIAN J. WHITE
United States Magistrate Judge