**ROXANA SANDOVAL**
California State Bar No. 292327
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Roxana_Sandoval@fd.org

Attorneys for Defendant
Blanca Cardenas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BLANCA CARDENAS,<br>Defendant. | CASE NO.: 26-CR-2236-AGS<br><br>**NOTICE OF APPEARANCE REPLACING LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Roxana Sandoval, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned replacing Cindy Muro. Therefore, Ms. Sandoval further requests that this Court terminate Ms. Muro as attorney of record in the above-mentioned case.

Respectfully submitted,

Dated: October 7, 2026

*s/ Roxana Sandoval*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Blanca Cardenas
Email: Roxana_Sandoval@fd.org